```
 1  HILARY E. YOUNGBLOOD (CSB. 258026)
    ROBERT C. DIEMER (CSB. 124998)
 2  OIUM REVEN & PRYOR
    433 California Street, Suite 815
 3  San Francisco, CA 94104
    Tel:    415-392-8300
 4  Fax:    415-421-1254
 5  Email:  Hilary@orplaw.com
            Robert@orplaw.com
 6  Attorneys for Defendant,
    TARGET CORPORATION
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| LIEN WONG,<br><br>    Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION; and DOES 1 through 10,<br><br>    Defendant. | USDC Case No. _5:23-CV-04852 PCP<br><br>Santa Clara County Superior Court<br>Case No. 23CV419567<br><br>STIPULATION TO REMAND REMOVED ACTION; [PROPOSED] ORDER |

STIPULATION TO REMAND REMOVED ACTION

Plaintiff LIEN WONG (hereafter "WONG"), and Defendant TARGET CORPORATION, (hereafter "TARGET") by and through their respective counsel of record, stipulate as follows:

1. WONG filed a Complaint for personal injuries on July 19, 2023, in the Superior Court of California, County of Santa Clara, entitled "Lien Wong v. Target Corporation," Santa Clara County Superior Court Case No. 23CV419567 (hereafter "the Action").

2. WONG served the Summons and Complaint on TARGET on August 23, 2023.

3. TARGET timely removed the Action to the United States District Court for the Northern District of California, pursuant to 28 U.S.C. section 1441(b) and 1446(b)(3), on September 21, 2023.

4. WONG and TARGET agree and hereby stipulate that although they are citizens of

different states, the amount in controversy at the time of removal did not exceed $74,599.99, exclusive of interest and costs.

5. Through their respective counsel, WONG and TARGET have conferred and exchanged information regarding the Action informally.

6. Plaintiff WONG hereby agrees and stipulates that her damages, resulting from the alleged occurrence at TARGET's premises on or about April 30, 2022, which is the subject of the above-captioned action (formerly Santa Clara County Superior Court Case Number 23CV419567)(hereinafter "the litigation") are hereby capped at $74,599.99.

7. Plaintiff WONG now confirms that her damages, in any form, shall not and will not under any circumstances exceed $74,599.99.

8. Plaintiff WONG hereby agrees and stipulates that if her damages should exceed $74,599.99, she hereby waives the right to claim such damages as a result of the litigation.

9. Plaintiff WONG hereby agrees and stipulates that her recovery of damages in the litigation, including but not limited to economic damages and non-economic damages, are hereby capped at $74,599.99.

10. WONG further stipulates that although "new facts" may be adduced later in the Action through investigation and discovery, that such "new facts" will not increase the amount in controversy to a sum greater than $75,000.00, exclusive of interest and costs.

11. WONG further waives all rights she may have to void this Stipulation based on newly-discovered or unknown facts.

12. Plaintiff WONG hereby agrees and stipulates that should any award or judgment in the litigation be rendered or entered against TARGET with damages in excess of $74,599.99, she will execute any necessary documents to reduce such award or judgment to $74,599.99 in total damages, and she will not execute on any award or judgment in excess of $74,599.99 in damages. The damages cap is inclusive of costs and fees, including attorneys' fees.

13. The parties agree and hereby stipulate that because Plaintiffs damages shall never under any circumstance exceed $74,599.99, this court does not have subject matter jurisdiction of Plaintiff's civil action as this case does not meet the minimum amount in controversy.

STIPULATION TO REMAND; [PROPOSED] ORDER
USDC Case No. _5:23-CV-04852 PCP

14. The parties further agree and stipulate, pursuant to 28 U.S.C. section 1447(c), to the remand of Plaintiff's civil action to the Superior Court of Santa Clara County.

15. WONG and TARGET therefore request that this Court remand the Action to the Santa Clara County Superior Court from which it was removed.

DATED: December 6, 2023.            OIUM REYEN & PRYOR

By: _____
HILARY E. YOUNGBLOOD
Attorneys for Defendant,
TARGET CORPORATION

DATED: December 6, 2023.            HABBAS, NASSERI & ASSOCIATES

By: _____
JEFF RICKARD.
Attorneys for Plaintiff LIEN WONG

# [PROPOSED] ORDER OF REMAND

On December 6, 2023, the parties to the above-referenced action filed a Stipulation to Remand Removed Action. The Court, having reviewed the Stipulation and good cause appearing therefore, ORDERS as follows:

1. The Stipulation to Remand Removed Action is approved; and
2. United States District Court, Northern District of California case 5:23-CV-04852 PCP, "LIEN WONG v. TARGET CORPORATION," is hereby remanded to the Santa Clara County Superior Court.
3. The Clerk of Court for the United States District Court is directed to forthwith deliver a certified copy of the Order of Remand directly to the Clerk of the Superior Court of California, County of Santa Clara.

IT IS SO ORDERED:

DATE: December 8, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

STIPULATION TO REMAND; [PROPOSED] ORDER
USDC Case No. 5:23-CV-04852 PCP

<u>Lien Wong vs. Target Corporation</u>
United States District Court – Northern District of California
San Jose Division Case No.: 5:23-CV-04852-PCP

**CERTIFICATE OF SERVICE**

I, the undersigned, declare that:

I am over the age of eighteen years and not a party to the within action. I am employed in the City and County of San Francisco, California. My business address is 433 California Street, Suite 815, San Francisco, California 94104, and my electronic notification address is ron@orplaw.com.

On the **December 6, 2023**, I served the following document(s) VIA CM/ECF Filer:

- **STIPULATION TO REMAND REMOVED ACTION; [PROPOSED] ORDER**

Jeff Rickard, Esq.
HABBAS, NASSERI & ASSOCIATES
5701 Lonetree Blvd., Ste. 314
Rocklin, CA 95765
E-mail: jrickard@habbaslaw.com
narchuleta@habbaslaw.com
Wonglienvtargetz10546248@projects.filevine.com

Attorney for Plaintiff

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on December 6, 2023, in San Francisco, California.

_____
Ronald Vega